# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : 15 WAP 2015

Appellee

: Jurisdictional Statement

v.

PAUL WILLIAM BEATTY,

Appellant

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2015, the Notice of Appeal is hereby **QUASHED**.